**McCARTHY & HOLTHUS, LLP**

Rebecca L. Lang, Esq. (SBN: 249234)

1770 Fourth Avenue

San Diego, CA 92101

Telephone: (619) 685-4800

Facsimile: (619) 685-4811

Attorneys for Defendant,

La Salle Bank National Association, its Assignees and/or Successors

E-FILED 06/21/11

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Salle Bank National Association<br>Plaintiff(s),<br><br>v.<br>Emidgia Clorinda Barreto,<br>and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 2:11-cv-04588-~~MRP~~-CW **PSG**<br><br>[~~*PROPOSED*~~] ORDER<br><br>Judge: Mariana R. Pfaelzer |

Plaintiff, La Salle Bank National Association ("Plaintiff"), by and through its attorneys of record, Rebecca L. Lang, Esq., of McCarthy & Holthus, LLP, respectfully submit to this Court a proposed Order to Remand.

Good cause appearing, Plaintiff has shown through a submission of documents and records that a Judgment has already been entered by the Superior Court of Los Angeles, and removal to Federal Court by Defendant was improper.

**IT IS ORDERED** that this case be remanded to Superior Court.

DATED: 06/21/11 _____

Judge of the District Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811